UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SHA'REWA BONNER                                                                                       PLAINTIFF

v.                                                                               CIVIL ACTION NO. 3:07-CV-666-S

DAVID PERRY, individually and in his
official capacity as an employee of the
Department of Probation and Parole, et al.                                              DEFENDANTS

## MEMORANDUM OPINION AND ORDER

This matter is before the court on motion of defendant Commonwealth of Kentucky, Department of Corrections ("Corrections"), to dismiss the plaintiff's complaint (DN 8). In her complaint, the plaintiff, Sha'rewa Bonner ("Bonner"), alleges that her civil rights were violated while she was a parolee under Corrections' supervision. She alleges that defendant David Perry ("Perry"), a Corrections parole officer, sexually assaulted her from December 2003 to May 2004. Bonner filed her complaint on December 3, 2007, alleging that defendants violated 42 U.S.C. § 1983 and various state laws.

The Sixth Circuit has long held that the applicable statute of limitations for § 1983 actions in Kentucky is the one-year statute of limitations found in KRS 413.140(1)(a). *Collard v. Kentucky Board of Nursing*, 896 F.2d 179, 182 (6th Cir.1990). Bonner's arguments as to why *Collard* was wrongly decided are unavailing. Bonner alleges Corrections violated her civil rights from December 2003 to May 2004, well outside the one-year limitation period provided by KRS 413.140(1)(a).

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Corrections' motion to dismiss is **GRANTED** and Bonner's 42 U.S.C. § 1983 claims asserted against Corrections are **DISMISSED WITH PREJUDICE**, and Bonner's state law claims asserted against Corrections are **DISMISSED** without prejudice.

**IT IS SO ORDERED** this